UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEROME L. GRIMES,**

    **Plaintiff,**

v.                                          Case No: 6:19-cv-1831-Orl-41LRH

**KIRKMAN CHIROPRACTIC,**
**MELANIE LNU, Y. WILSON TALOS**
**and CHERRIE LNU,**

    **Defendants.**

                                        /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2). United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 6), recommending that the Motion be denied and the case be dismissed. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. This case is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 4, 2019.



Copies furnished to:

Unrepresented Party